United States District Court
Southern District Of Illinois

**FILED**

MAY 13 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Michael Dunham
      Plaintiff,

Case no. 09-366-JPG

Vs.

Sheriff Bob Hertz
Capt. Gulash
Sgt. Bob Richter
Sgt. Maynard Hill
Jail Guard Michael Hare

Jury Trial Demanded

( All Defendants Herein Named are sued in their official
and Individual Capacities. All Defendants Herein Named
are or were employed by the madison county Jail on
or during the Alleged Violations Herein.)

                      Defendants.

## Complaint

Now comes the Plaintiff, Michael Dunham, Pro se, Pursuant
to 42 U.S.C. § 1983, and states as follows:

## Exhaustion of Administrative Remedies

The Plaintiff, was a detainee at the madison county Jail

1.

In Edwardsville Illinois during all of the alleged Constitutional Violations Herein. There is No administrative Procedure or official way to Grieve Issues In the Madison county Jail.

The Plaintiff did in fact Write to several authority figures In supervisory Positions Concerning the allegations Herein. See exhibits #1, 2, and 3.)
and Plaintiff did Verbally notify Defendants Richter, Hill, Aulash and a few other "John Does", the Plaintiff cannot Immediately identify.

## Litigation History

The Plaintiff Has filed approximately Three (3) other complaints. The Plaintiff does not Have access to the Case numbers. The following are the titles to Plaintiff's complaints:
 1.) Dunham V. (?), (2001). Went to trial 2005.
 2.) Dunham V. Moore (or Garrett) (2001) Dropped by Plaintiff
 3.) Dunham V. Baker (2004) Dropped by Plaintiff
All of the above titled cases were filed In the Central District. Each of the above cases Alleged 8th Amendment Violations.

## Statement of Claim

The Plaintiff was a Detainee at the Madison County Jail In Edwardsville Illinois during all events Herein.

2.

1.)

    Starting approximately in July-August of 2007, When the Plaintiff was called to an Attorney visit, that turned out to be 2 (two) Detectives wanting Information on a seperate crime.

2.) Plaintiff was escorted back to his cellblock by an unidentified Jail Guard — when Defendant here fell into step and began to verbally Harass the Plaintiff

3.) Plaintiff was let into his cellblock, and as this occurred, Defendant here, announced in a loud voice to the entire cellblock that the Plaintiff was a  "snitch".

4.) This Placed the Plaintiff's life in Danger.

5.) The Plaintiff from this point forward was placed in four different Cell Blocks, Because each time He was Moved to a cellblock, Defendant here would do a security walk + tell the cellblock the Plaintiff was a snitch.

6.) When Plaintiff attempted to defend Himself against Defendant heres allegations, the other Detainees would side with Defendant here, claiming Def. here would have Knowledge of who the "snitches" were.

7.) Defendant here employed another Detainee to Violently Assault the Plaintiff.

3.

8.) The Plaintiff was Repeatedly Assaulted by the Same Detainee.

9.) When Plaintiff was moved to A.South, Defendant Hare come through And stopped in front of Plaintiffs cell (A-south 7 Bottom) and Hollered out "Do you Know there's a snitch on 7 Bottom Named Durham!" - The whole cellblock was then alerted to Defendant Hares Continuous Harassment

10.) The word throughout the Jail was that Plaintiff was an "undercover cop".

11.) On October, 20th 2007, A sheet was thrown over the Plaintiff's Head And He was beaten unconscious.

12.) Defendant Hare come through the Plaintiffs cellblock and Essentially took Responsibility for the October 20th 2007 Incident.

13.) Plaintiff attempted to obtain Medical treatment for the Numerous Injuries He had. and was denied.

14.) On October 23, 2007 Defendant Hare would Holler out each time He did a 30 minute walk "Dunham Got whooped cause He's a snitch."

4.

15.) Due to the vulnerability of Plaintiffs situation, He had only one option, which was to notify Defendant Gulash the overseer of the Jail and to his Boss Defendant Hertz. (see exhibits 1, 2, and 3)

16.) Defendant Richter was given one letter to pass on to defendant Gulash and defendant Richter crumpled it up in his fist & told Plaintiff to "Quit Whining like a Bitch".

17.) on October 23, 2007, Defendant Hace annoced to the Plaintiff's Cellblock that He would give whoever whooped Plaintiff "again", extra Doughnuts.

18.) at this Point Plaintiff Fears For his life.

19.) on October 23, 2007, the Plaintiff sent Lt. Bost a letter explaining everything that had been going on. Lt. Bost told Plaintiff He could only do what his Captain (Defendant Gulash) told him he could do, which was to leave Plaintiff where He was.

20.) on october 24, 2007, the Plaintiff sent Defendant Gulash another letter asking for Help & Protection.

21.) Due to the October 20, 2007 Beating, the Plaintiffs whole face was swollen. His Ribs were already Injured From the very first attack. His lips were Purple & swollen

5.

( Cont...)

He could Hardly eat his Food due to a throat Injury which occurred during the very 1st Attack. His Head ached Constantly; He experienced double vision and lightheadedness. and the Plaintiff lived in fear and Paranoia.

22.) Defendant Hare had Put the Plaintiff's Life in danger Throughout the entire Jail.

· 23.) On October 26, 2007 Defendant Hare observed the Plaintiff sitting on his Bunk with his Back and Head against the wall, Defendant Hare then Took his Keys, which are approximately 6 Inches in Length & 2 Inches wide & Banged them Repeatedly against the area of wall Plaintiffs Back & Head were.

24.) In essence this act by the Defendant was an aggravated assault on the Plaintiff.

25.) On October 37, 2007, Defendant Hare Passed out Napkins on the Cell Bars for the Breakfast Doughnuts to be Sat on. When Defendant Hare Got to Plaintiffs Cell, He Blew his nose into the Plaintiffs Napkin And then Spit into it before Placing it on the Plaintiffs Cell Bars.

26.) On approximately, October 31, 2007, Defendant Hare Passed out Lunch trays. There was a line of People

6.

( Cont... )

and when Plaintiff Got to the Head of the Line, Defendant Hare stopped taking trays from where he had Been and Reached down to the Bottom of the Rock and said to the Plaintiff as He did so;

"I Got one especially for you"

The Plaintiff found Dirt and Hair mixed in with his food.

27.) The Plaintiff attempted to seek safety from the other detainees & from Defendant Hare by going to the "lockdown Block", where all Detainees are locked in their Cells 24-7, with no Contact with other Inmates

The lockdown Block is used for Protective Custody and for disciplinary Reasons.

28.) the Plaintiff was on the lockdown Block, when the detainees housed in the Cells around him discovered He was the "Snitch" & Began conspiring to threw urine & feces onto the Plaintiff, through the Bars.

29.) the Plaintiff again wrote to Defendant Gulash explaining again about the threats And Harassment of Defendant Hare, And about the detainees Intentions on the lockdown Block.

30.) Defendant Hill came onto the Block and Read the Plaintiffs Letter (Paragraph #29) out

4.

(Cont...)

loud on the Gallery for all detainees to hear. Then Defendant Hill told the Plaintiff to Pack up He was moving. Defendant Hill then left.

31.) once Defendant Hill had gone, the other Detainees began throwing urine & feces Into the Plaintiffs cell, Hitting the Plaintiff in his face, Mouth & Body.

32.) Due to the Repeated assaults and continuous Harassment and lack of Protection by the Jail administrators, the Plaintiffs only option was to take a 12 Year Plea agreement inorder to Get out of the county Jail.

33.) The Plaintiff could Possibly have Gotten less time If He had not been Pressured by Violence, Paranoia & the over-all conditions of his confinement.

34.) On December 17, 2007, Defendant Hare came to the Plaintiffs Cell screaming "Wheres my fucken Napkin!" Because the Plaintiffs cellmate Put toilet tissue on the Bars where Defendant Hare was going to Place the Breakfast Doughnuts.

35.) Defendant Hare Screamed over & over "where's my fucken Doughnuts!" and then threw the Doughnuts back at the cart and stormed off the Cell Block.

36.) Defendant Hare then causes the Plaintiffs Cell Door to open by a crank at the Head of the cell Block.

37.) Defendant Hare Rushes down the Gallery In a fury. Defendant Hare is Obese (atleast 300 pounds) and is atleast 6 Feet tall.

38) Plaintiff was standing outside his cell watching Defendant Hare in Fear and awe.

39.) Defendant Hare without warning Rammed into the Plaintiff, Causing the Plaintiffs Body to be Slammed into the Bars directly Behind Him

40.) the Plaintiffs Back & Head Hit the Bars with extreme force. The Plaintiff fell to the floor in Pain.

41.) Plaintiffs cellmate Helped Him up & slightly Blocked Defendant Hare From being able to attack the Plaintiff again.

9.

42.) Defendant Hare instead entered the Plaintiffs Cell and began throwing the Plaintiff and his cellies Property all over their cell as He screamed "wheres MY fucken napkin over and over.

43.) The Plaintiff wrote to Defendant Bulash Telling Him (see Exhibit # 2.)

44.) The ~~Defendant~~ Plaintiff wrote by mail to Defendant Hertz (see exhibit #1)

45.) The Plaintiff was again Refused Medical Treatment

46.) The Plaintiff was transferred to the Illinois Defartment of corrections on December 19, 2007.

47) The Plaintiff still suffers due to Defendant Hares initial allegations that Plaintiff is a Snitch.

48.) Plaintiff went to the Yard once while in Pontiac Correctional center and on this occasion, the Plaintiff was accused by the other Inmates as "the Guy in the County Telling"

10.

49.) The inmates threw urine and feces onto the Plaintiff. The Plaintiff was on a Yard Pod. His cage was surrounded by other one man Yard Pods.

50.) Due to the Rumors caused and Propogated by Defendant Hares, and Due to the Refusal of the other Defendants to Protect The Plaintiff, He has been Physically Assaulted Repeatedly and Injured several times, ~~retaliated~~ and is Likely to face Further abuse, Humiliation and live in a constant state of fear and Paranoia while in the Dept. of corrections.

51.) The Plaintiff suffers from each injury, He suffers from having urine and feces thrown onto him, He suffers from Mental anguish and fear due to Defendant Hares Malicious Rumors.

11.

# Relief Requested

For the above Reasons, the Plaintiff asks this honorable Court for the following Relief:

## 1.) Compensatory Damages (and nominal)

The Plaintiff suffered Physical Pain and Injury, Psychological Damage Including Personal humiliation and mental anguish by the Deliberate Indifference to Plaintiffs Rights by each Defendant, and suffers ongoing Pain in his Neck & Back from Defendant threes Final assault, and Plaintiff asks for compensatory Damages in the amount of one million Dollars Jointly + severely.

## 2.) Punitive Damages (and nominal)

The Defendants acted Malicious in conspiring to endanger the Plaintiffs life. The Defendants Found Pleasure and excitement when Plaintiff was Repeatedly Injured Due to Defendants Persistent Instigations. The Defendants Refused the Plaintiff Medical treatment + were deliberately indifferent to Plaintiffs Personal safety. The Plaintiff Requests Punitive Damages In the amount of one million Dollars Jointly + Severelly.

12.

## 3.) Attorney Fees

The Plaintiff further Requests that if appointed an attorney by the court, that said attorney be paid the current hourly wages.

## 4.) Pro se Legal Fees and debt

The Plaintiff further Requests that his Debt + Fees for Postage and copies Related to legal matters Be paid in full.

Respectfully submitted,

_Michael D._____

Michael Dunham
Reg. no. B25002
P.O. Box 1700
Galesburg, IL 61401

13.