IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL DUNHAM, | ) |
| Plaintiff, | ) |
| v. | ) NO. 09-cv-00366-JPG |
| CAPTAIN JOSEPH GULASH, SGT. MAYNARD HILL and JAIL GUARD MICHAEL HARE, Individually, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record;

and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   July 10, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe, Deputy Clerk


APPROVED:   s/J. Phil Gilbert
              J. PHIL GILBERT
              U. S. DISTRICT JUDGE